UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ERNESTO VILLANUEVA,

    Plaintiff,

v.

OCWEN FINANCIAL CORPORATION; et al.,

    Defendants.

2:12-cv-1059-LRH-RJJ

ORDER

    Before the court is defendant Ocwen Loan Servicing, LLC's ("Ocwen"),[1] motion to dismiss (Doc. #6[2]) and motion to expunge lis pendens (Doc. #8). Plaintiff Ernesto Villanueva ("Villanueva") filed an opposition. Doc. #11. In his opposition, Villanueva requests an opportunity for a settlement conference. *See* Doc. #11.

    The court has reviewed the documents and pleadings on file in this matter and finds that a settlement conference at this early stage of litigation is appropriate and would not prejudice either party. Accordingly, the court shall deny Ocwen's motions without prejudice and refer this action for a settlement conference.

///

---

[1] Erroneously sued as Ocwen Financial Corporation.

[2] Refers to the court's docket entry number.

1  IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #6) and motion
2 to expunge lis pendens (Doc. #8) are DENIED without prejudice.
3  IT IS FURTHER ORDERED that this action is REFERRED to the Honorable Robert A.
4 McQuaid, Jr., for the purpose of conducting a settlement conference.
5  IT IS SO ORDERED.
6  DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2