**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO VILLANUEVA, | )<br>) |
| Plaintiff, | ) Case No. 2:12-cv-1059-LRH-NJK<br>) |
| vs. | ) ORDER DISCHARGING<br>) ORDER TO SHOW CAUSE |
| OCWEN FINANCIAL CORP., et al., | )<br>) |
| Defendants. | ) |

On December 2, 2013, the Court issued an order to show cause for failing to comply with a Court order. Docket No. 18. The parties have now filed a stipulation of dismissal. Docket No. 19. The order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: December 9, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge